UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
ESMID REYES-RAMIREZ,           )
                               )
                               )
            Petitioner,        )      1:03-cr-5010 OWW
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )      ORDER GRANTING MOTION FOR
                               )      EXTENSION OF TIME
                               )
            Respondent         )
_____)
```

The petitioner's motion for extension of time is granted. Any reply to the government's response shall be filed by June 16, 2005.

Dated: April 26, 2005                /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge

1