IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMID REYES RAMIREZ, ) | No. CV-F-04-6298 OWW |
| ) | (No. CR-F-03-5010 OWW |
| ) | |
| ) | MEMORANDUM DECISION AND |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION TO VACATE, SET ASIDE |
| vs. ) | OR CORRECT SENTENCE PURSUANT |
| ) | TO 28 U.S.C. § 2255 AND |
| ) | DIRECTING CLERK OF COURT TO |
| UNITED STATES OF AMERICA, ) | ENTER JUDGMENT FOR |
| ) | RESPONDENT |
| ) | |
| Respondent. ) | |
| ) | |

On September 22, 2004, Petitioner Esmid Reyes Ramirez timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner's motion is DENIED. Petitioner's motion is based on the retroactive application of *United States v. Booker*, 543 U.S. 200 (2005) and *Blakely v. Washington,* 542 U.S. 296 (2004). Petitioner is not entitled to relief on this ground. *Booker* and *Blakely* are not retroactive on collateral review. *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert.*

1

*denied*, 546 U.S. 1155 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005).[1]

For the reasons stated:

1. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED;

2. The Clerk of the Court is directed to enter Judgment for Respondent.

IT IS SO ORDERED.

**Dated:   May 22, 2008**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

---

[1] **This conclusion makes unnecessary any discussion of the validity of Petitioner's waiver in the written Plea Agreement of the right to bring a Section 2255 motion.**